UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
LUVOISE HILL, ELAINE HUTTO, MARTHA :
PEDIGO, ROSA SCOTT, DAWN SMITH, :
DEBORAH TAYLOR, CAROL TUCKER, :
DOROTHY UTZ, DOROTHY WALLACE, :
WAUNDA WITT, BRENDA ZOBKIW, :
:
    Plaintiffs. : Civil Action
v. : No. 04-11250-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants. :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                                  Respectfully submitted,
    Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                                MEAGHER & FLOM LLP
Barbara Wrubel                                        One Beacon Street
Katherine Armstrong                                Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                        (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                           Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc.